UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARELLA BRAUN + MARTEL LLP, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Defendant. | Case No. 24-cv-01746-SI <br><br> **ORDER RE: JANUARY 3, 2025 DISCOVERY DISPUTE** <br><br> Re: Dkt. Nos. 48, 49 |

On January 3, 2025, the parties presented the Court with a discovery dispute. Dkt. Nos. 48, 49. Plaintiff served two requests for production of documents on September 13 and 16, 2024, but defendant has not yet produced any documents, despite various commitments to do so. Dkt. No. 48 at 1-2. Defendant's statement filed on January 3, 2025 requested two weeks to review documents and prepare its document production. Dkt. No. 49 at 9. Accordingly, the Court orders defendant to produce all documents responsive to plaintiff's requests by January 17, 2025.

**IT IS SO ORDERED**.

Dated: January 7, 2025

SUSAN ILLSTON
United States District Judge