UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARELLA BRAUN + MARTEL LLP, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Defendant. | Case No. 24-cv-01746-SI <br><br> **ORDER RE: MOTION FOR FEES** <br><br> Re: Dkt. No. 71 |

Plaintiff filed a declaration in support of its motion for fees that detailed the billing entries for which it seeks payment. Dkt. No. 71-1. In its opposition to plaintiff's motion, defendant expressed a concern that these time entries were duplicative of those in a related case, Case No. 24-1306, resulting in possible double billing. Dkt. No. 72 at 11. Plaintiff's reply stated only that "Plaintiff submitted two different declarations for both matters, which include different time entries and total different amounts." Dkt. No. 73 at 6 n.6. However, the time entries between the two cases appear nearly identical. The Court therefore orders that plaintiff file an additional statement with the Court by Monday, June 9, 2025, explaining in greater detail how it allocated billable time between the two related cases.

**IT IS SO ORDERED**.

Dated: June 5, 2025

SUSAN ILLSTON
United States District Judge