UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARELLA BRAUN + MARTEL LLP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　　Defendant. | Case No. 24-cv-01746-SI<br><br>**JUDGMENT** |

With the exception of the $2,679.14 that the parties agree was mistakenly withheld from plaintiff, the Court has granted summary judgment in favor of defendant. Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: September 5, 2025

_____
SUSAN ILLSTON
United States District Judge